*From the Sanctuary of*
*Rt. Rev. Arturo R. Gonzalez*
*Presiding Bishop of the Gnostiz*
*Church of the Pleroma*

"Deliver the poor and needy; free them from the hand of the wicked."
Ps. 82

"Have respect to the covenant; for the dark places of the earth are full of the haunts of cruelty."
Ps. 74

Judge Amy St. Eve,

Your honor. I write this letter on behalf of William Janitz.

William comes from an upright and honorable family. He has lived in Chicago all of his life and has dedicated himself to being a good and family provider. In speaking with his sister Diane and Pene, who are members of my humble chapel here on the southern side of Chicago, she is actually the anchor that holds them together. I have known Wilbur in this light for some time now, until recently of his sister telling

me what has happened to him regarding his case. I was devastated! Here is the young man who graduated from High School, was certified as an Automotive Mechanic from Gwynn Tech and was parts manager for Major Motor for 13 years. He was then made store manager for Murphy's Autos in 2000 and still is up till now.

He has taken care of his mother and still lives with her. She is eighty two years old and is nervous and scared, should her son be taken away from her. It did not get easier for her when her husband, Wilbur father, passed away in March, 2006. He has been a great son and never strayed away from taking care of his parents or family.

*From the Sanctuary of*
*Rt. Rev. Arturo R. Gonzalez*
*Presiding Bishop of the Gnostiz*
*Church of the Pleroma*

"Deliver the poor and needy; free them from the hand of the wicked."
Ps. 82

"Have respect to the covenant; for the dark places of the earth are full of the haunts of cruelty."
Ps. 74

He has been responsible all of his life, until this unfortunate incident. He made a terrible mistake of trusting the wrong people. These Chicago streets are not easy to live in and William was manipulated and cornered into a bad situation.

He comes from a responsible family. His sister Diane was a city C.T.A. worker for 19 years. His sister Rene worked for Reynolds for 23 years. His sister Ruthy for Reynolds for 22 years. His brother Jerome works for Ford Motor Company for 30 years and James for the Railroad for 36 years.

His family love him and so I. He has always helped in the community, giving care when people didn't have money to pay him. William is the glue that holds everything together for the family. He also has provided for his four children and helped when needed.

He made a mistake and I ask forgiveness for him from the south on high and Our Lord to free him from this mistake he made. I ask you, Your Honor, in your court to do the same. May you and your court always be bless and may the wings of St. Michael embrace you in justice. Amen. Amen. Amen.

In the light,

Bertha [signature] ✝✝✝

Solomon's Kingdom Coptic Church
24 E. 41st Street
Chicago, Illinois 60653
Joseph Bailey, Pastor
(312) 218-6023

October 6, 2008

To the Honorable Judge Amy J. St. Eve

Re: William C. Martin Jr.
06CR858-1

I, Prophet Joseph Bailey have known William C. Martin Jr. for 20 years socially.

I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving.

Furthermore, I have known Mr. Martin to be prudent in situations where he carefully considers consequences and using good judgment and act accordingly.

For your information, I am a man of God who counsels, give spiritual advice and teach the word of God and reach out to humanity.

I do not think society would benefit from sending Mr. Martin to jail and that prison sentence would be detrimental to all concerned.

Yours faithfully

Joseph Bailey
Pastor

August 24, 2008

To Whom It May Concern:

I'm writing on behalf of William Martin Jr. this young man is definitely a pillar of the community as far as I'm concern. He's respectful He talks to you like a human being. There have been times when my car has broken down and I needed it to be repaired and did not have finance to get it repaired he would do it for me and I would pay him when I get it. I'm a single parent trying to raise a child. It's hard when you try to make ends meet. William Martin Jr. has been a great help when I need it. Please do not take William Martin Jr. away from the community. He has heart of gold and will help you if he can. Please consider giving him probation for He's truly a respectful kind hearted man. Any help Judge will be appreciated.

Thank you
Pennie Cooper